**Jose Gilberto TORRES, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14-73900

United States Court of Appeals, Ninth Circuit.

---

Submitted July 26, 2016 *

FILED August 3, 2016

Edgardo Quintanilla, Attorney, Quintanilla Law Firm, INC., Sherman Oaks, CA, for Petitioner

Papu Sandhu, Senior Litigation Counsel, Washington, DC, for Respondent

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Gilberto Torres, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009). We deny the petition for review.

Substantial evidence supports the agency's determination that Torres failed to establish a well-founded fear of future persecution from gang members on account of a protected ground. *See INS v. Elias–Zacarias*, 502 U.S. 478, 483, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We reject Torres' contentions that the agency applied an incorrect legal standard, or otherwise erred in analyzing his case. Thus, his asylum and withholding of removal claims fail. *See Zet-*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

*ino v. Holder*, 622 F.3d 1007, 1011 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED.**